IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSE ANDREWS,

        Plaintiff,

v.                                                                                                    15cv961 WPL/LF

CITY OF ALBUQUERQUE, STATE OF
NEW MEXICO/NEW MEXICO
DEPARTMENT OF TRANSPORTATION,
RIO METRO REGIONAL TRANSIT
DISTRICT dba NEW MEXICO RAIL
RUNNER, MID-REGION COUNCIL OF
GOVERNMENTS, HERZOG TRANSIT
SERVICES, INC., DEKKER/PERICH/SABATINI LTD.,
TWIN MOUNTAIN CONSTRUCTION II COMPANY,
HDR ENGINEERING, INC., and JOHN DOES 4-10,
as of yet unidentified Defendants with
Authority or Control over Subject Premises,

        Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Rose Andrews filed a Motion for Leave to Amend Complaint on January 15, 2016. (Doc. 26.) Judge Fashing's Order Setting Case Management Deadlines and Discovery Parameters set January 15, 2016, as the "[d]eadline for Plaintiff to amend pleadings or add additional parties." (Doc. 19 at 2.) Plaintiff's motion, therefore, is timely.

Pursuant to D.N.M.LR-Civ. 7.1(a), Plaintiff contacted Defendants about the motion. (*See* Doc. 26 at 2). Defendants took "no position" (*id.*), which I construed as Defendants opposing the motion. Regardless of Defendants' position, however, they did not file a response or seek an extension within seventeen days as required by D.N.M.LR-Civ. 7.4(a) and Federal Rule of Civil Procedure 6(d). Defendants' failure "to file and serve a response in opposition to

[the] motion within the time prescribed for doing so constitutes consent to grant the motion." D.N.M.LR-Civ. 7.1(b). Thus, by operation of the Rule, Defendants have consented to the motion. Accordingly, Plaintiff's Motion for Leave to Amend Complaint (Doc. 26) is granted.

    IT IS SO ORDERED.

                                              William P. Lynch
                                              United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.